# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

DAVID ESTRADA,

        Plaintiff,

    v.

JAMES REED, M.D.,
MICHAEL CARR, HSA,
VIRGINIA JONES, HSA,
MR. HOBART, Warden, and
A. SALAS, Captain,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-442-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL TURNER
**Joel Turner, Acting Clerk**

/s/ M. Hardin
**by Deputy Clerk**

_____11/20/08_____
Date